1002

[No. 72157-7-I.  Division One.  December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIX SPEAKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-01756-8, Susan H. Amini, J., entered June 13, 2014. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 72210-7-I.  Division One.  December 28, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT PAUL MELENDREZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-00809-1, Bill Bowman, J., entered May 9, 2014. *Affirmed* by unpublished opinion per Leach, J., concurred in by Schindler and Dwyer, JJ.

[No. 72939-0-I.  Division One.  December 28, 2015.]

WGW USA, INC., *Appellant*, v. LEGACY BELLEVUE 530, LLC, *Respondent*.

LEGACY BELLEVUE 530, LLC, *Respondent*, v. TIAN QING GUO ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 13-2-28580-1, William L. Downing, J., entered December 16, 2014. *Affirmed* by unpublished opinion per Trickey, J., concurred in by Becker and Appelwick, JJ.

[No. 72940-3-I.  Division One.  December 28, 2015.]

RICHARD SCOTT, *Respondent*, v. DON PORTER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 14-2-13796-6, Laura C. Inveen, J., entered November 14, 2014. *Reversed* and *remanded with instructions* by unpublished per curiam opinion.